### Alfred DENTON v. STATE.
### No. 16249.

Court of Criminal Appeals of Texas.
Nov. 15, 1933.

J. B. Henderson, Jr., of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty assessed at confinement in the penitentiary for one year.

The appellant was regularly indicted. He waived a jury and entered a plea of guilty. The evidence heard before the trial court is not brought forward for review. No error has been perceived or pointed out.

The judgment is affirmed.